UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONLINE GURU, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CARTAGZ, INC. aka CARTAGZ.COM, et al.,<br><br>        Defendants. | No. 2:17-cv-1121-TLN-GGH<br><br><br>ORDER |

Good cause appearing therefor, Plaintiff's motion to appear telephonically for the hearing on Plaintiff's Motion to Compel at the April 5 2018, hearing to be held at 9:00 a.m. is GRANTED. Plaintiff's counsel shall contact the courtroom deputy, Jonathan Anderson, for call in information.[1]

**IT IS SO ORDERED.**

Dated: March 7, 2018

                                              /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] If Catagz counsel desires to appear telephonically, a filed request must be filed.

1