1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ONLINE GURU INC.,                    No.  2-17-cv-01121-TLN-GGH

11              Plaintiff,

12        v.                              ORDER

13   CARTAGZ, INC. aka CARTAGZ.COM,
     Does 1-10, et al,
14
                Defendants.
15

16

17        The parties to the above-captioned matter[1] have stipulated to alter the Pretrial Scheduling

18   Order entered in this case on October 15, 2017, ECF No. 8.  The court has reviewed the

19   Stipulation and found that good cause exists for the changes requested and that those changes will

20   not interfere with the other elements of the court's Scheduling Order.

21        In light of the foregoing IT IS HEREBY ORDERED that:

22        1.    Discovery must be completed by June 8, 2018;

23        2.    All other aspects of the Pretrial Scheduling Order remain in full force and effect.

24   Dated: May 11, 2018

25                                   /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE
26

27   ───────────────────────

28   [1]  The Scheduling Order and this Order both apply to the Counterclaim of defendant Cartagz, Inc.
     against plaintiff Online Guru Inc. as well as the Complaint itself.