**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Tomasz Barczyk (CA Bar No. 312620)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
tomasz@KRInternetLaw.com

Attorneys for Defendant and Counterclaimant
Cartagz, Inc. *aka* Cartagz.com

**WALTERS LAW GROUP**
Christopher L. Walters, Esq. (CA Bar No. 205510)
1901 First Avenue, Second Floor
San Diego, CA 92101
Telephone: (619) 888-5759
clw@walters-law-group.com

Attorneys for Plaintiff and Counter-Defendant
Online Guru Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONLINE GURU INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**CARTAGZ, INC. aka CARTAGZ.COM**; and **DOES 1–10**, inclusive,<br><br>Defendants.<br><br>**CARTAGZ, INC. aka CARTAGZ.COM**,<br><br>Counterclaimant,<br><br>v.<br><br>**ONLINE GURU INC.**,<br><br>Counter-Defendant. | Case No. 2:17-cv-01121-TLN-GGH<br><br>**STIPULATION AND ORDER TO EXTEND REMAINING DEADLINES SET FORTH IN COURT'S OCTOBER 16, 2017 ORDER**<br><br>**MODIFIED FROM SUBMITTED VERSION** |

1         Pursuant to the Court's October 16, 2017 Pretrial Scheduling Order, and based on a showing of good cause, Plaintiff and Counter-Defendant Online Guru, Inc. ("Online Guru") and Defendant and Counterclaimant Cartagz, Inc. *aka* Cartagz.com ("Cartagz") hereby stipulate to extend the deadline for Cartagz to complete the depositions of two of Online Guru's Witnesses, Shane Hale and Andrew Mason, as well as the remaining non-discovery deadlines set forth in the Court's Pretrial Scheduling Order dated October 16, 2017 (D.E. No. 8) by an additional ninety days.

        WHEREAS, the original deadline to complete discovery was May 30, 2018 (Pretrial Scheduling Order dated October 16, 2017, D.E. No. 8);

        WHEREAS, by stipulation of the parties, the Court entered an Order extending the discovery cut-off deadline to June 8, 2018 (Order Extending Discovery Deadlines dated May 11, 2018, D.E. No. 26);

        WHEREAS, Cartagz began taking the deposition of Online Guru pursuant to Federal Rule of Civil Procedure 30(b)(6) on May 31, 2018;

        WHEREAS, Online Guru designated Shane Hale to testify on behalf of Online Guru as its corporate representative on several topics, including some relating to the allegedly infringing advertisements at issue in this matter. Such testimony is important for Cartagz because this action contains a copyright infringement claim and the parties dispute who created the advertisements. Importantly, Online Guru alleges that Online Guru, including Mr. Hale, created the allegedly infringing advertisements;

        WHEREAS, the parties also scheduled for Cartagz to take the deposition of Shane Hale (in his individual capacity), on June 1, 2018, which would be held concurrently with his testimony as a representative of Online Guru;

        WHEREAS, Cartagz had scheduled the short deposition of Online Guru employee, Andrew Mason, to take place on June 5, 2018;

        WHEREAS, on May 31, 2018, at about 8:55 a.m., the parties were informed that Shane Hale was hospitalized due to an unexpected illness, was expected to remain in the intensive care unit for multiple weeks, and was thus unable to offer his testimony at the

Rule 30(b)(6) deposition of Online Guru;

WHEREAS, as of the date of this filing, Shane Hale remains in intensive care and is anticipated to be unavailable for at least two months;

WHEREAS, the parties anticipate that the combined duration of Andrew Mason's and Shane Hale's (individual and 30(b)(6)) depositions will not exceed one day;

WHEREAS, scheduling separate depositions for Andrew Mason and Shane Hale (individual and 30(b)(6)) would impose an undue burden—both financial and otherwise—on both parties, as well as the deponents;

WHEREAS, it would be in the best interest of both the parties and the deponents for Andrew Mason and Shane Hale to be deposed on the same day;

WHEREAS, the deposition testimonies of Shane Hale (both as an individual and a Rule 30(b)(6) witness) and Andrew Mason are integral to the parties' claims and defenses;

WHEREAS, the parties have engaged in and plan to continue settlement discussions;

**WHEREFORE**, the parties hereby jointly stipulate and respectfully move this Court to enter an Order extending the remaining deadlines as follows:

1. The current deadline to complete the depositions of Shane Hale and Andrew Mason be extended by ninety days, from June 8, 2018 to September 6, 2018;

2. The current cut-off deadline of June 8, 2018 for the completion of all other non-expert discovery remain in effect; and

3. All remaining deadlines set forth in the Court's Pretrial Scheduling Order be continued by ninety days, as follows:

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Expert designation | July 26, 2018 | October 24, 2018 |
| Supplemental expert designation | 20 days after designation of expert witnesses | 20 days after designation of expert witnesses |

| | | |
|---|---|---|
| Last day to hear dispositive motions | November 15, 2018 | February 13, 2019 |
| Joint Final Pretrial Conference Statement | February 28, 2019 | May 29, 2019 |
| Final Pretrial Conference | March 7, 2019 | June 5, 2018 |
| Trial | May 6, 2019 at 9:00 a.m. for five to seven (5–7 days) | August 5, 2019 |

Respectfully Submitted,

Dated: June 6, 2018                  **KRONENBERGER ROSENFELD, LLP**

By:    s/ Karl S. Kronenberger
        Karl S. Kronenberger

Attorneys for Defendant and Counterclaimant Cartagz, Inc. *aka* Cartagz.com

Dated: June 6, 2018                  **WALTERS LAW GROUP**

By:    s/ Christopher L. Walters
        Christopher L. Walters

Attorneys for Plaintiff and Counter-Defendant Online Guru, Inc.

# ORDER

Pursuant to stipulation of the parties and based upon a showing of good cause, **IT IS HEREBY ORDERED** that:

1. The depositions of Shane Hale and Andrew Mason must be completed by September 6, 2018;

2. The current cut-off deadline of June 8, 2018 for the completion of all other non-expert discovery remains in full force and effect; and

3. All remaining deadlines set forth in the Court's Pretrial Scheduling Order be continued as follows:

| Deadline | Current Deadline | Deadline |
| --- | --- | --- |
| Expert designation | July 26, 2018 | October 24, 2018 |
| Supplemental expert designation | 20 days after designation of expert witnesses | 20 days after designation of expert witnesses |
| Last day to hear dispositive motions | November 15, 2018 | **February 21, 2019** |
| Joint Final Pretrial Conference Statement | February 28, 2019 | **June 6, 2019** |
| Final Pretrial Conference | March 7, 2019 | **June 13, 2019, at 2:00 p.m.** |
| Trial | May 6, 2019 at 9:00 a.m. for five to seven (5–7 days) | **August 26, 2019, at 9:00 a.m.** |

**IT IS SO ORDERED.**

DATED: June 7, 2018

Troy L. Nunley
United States District Judge