# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONLINE GURU INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CARTAGZ, INC. aka CARTAGZ.COM; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-01121-TLN-KJN<br><br>**ORDER ON ONLINE GURU, INC.'S EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION HEARING DEADLINE AND PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br><br>Location: Courtroom 2, 15th Floor<br>Hon. Troy L. Nunley |

1   The Court has reviewed Plaintiff/Counter-Defendant Online Guru, Inc.'s ("OG") *ex parte*
2   application to modify the Court's June 11, 2018 scheduling order (ECF No. 32) to extend the
3   dispositive motion hearing, pre-trial conference, and trial deadlines by sixty (60) days. (ECF No.
4   52.) The Court has also reviewed Defendant Cartagz's Opposition thereto. (ECF No. 53.)
5   Scheduling orders may be modified under Federal Rule of Civil Procedure 16(b) upon a showing
6   of good cause, which showing primarily focuses on the diligence of the requesting party. *See*
7   *Johnson v. Mammoth Recreations*, 975 F.2d 604, 608-09 (9th Cir. 1992).

8   The Court finds that OG has shown good cause to modify the scheduling order to extend
9   the dispositive motion and pre-trial and trial deadlines. The new information received January
10  11, 2019 justifies OG's albeit late request to extend the dispositive motion deadline and, as a
11  result, the trial-related dates and deadlines as well. The Court acknowledges Cartagz's argument
12  that OG could have been more diligent in seeking the requested extension. Still, under the
13  circumstances, the Court finds OG's delay of a few weeks from January 11, 2019, when it
14  received the subject letter, to February 8, 2019, when it reached out to Cartagz counsel, does not
15  constitute a significant delay and does not reflect a lack of diligence on the part of OG's counsel.

16  The following deadlines set forth in the Court's June 11, 2018 Scheduling Order will be
17  continued as follows. All other dates remain unchanged.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| **Deadline** | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| Last day to hear dispositive motions | February 21, 2019 | May 2, 2019 |
| Joint Final Pretrial Conference Statement | June 6, 2019 | August 15, 2019 |
| Final Pretrial Conference | June 13, 2019, 2:00 p.m. | August 22, 2019 |
| Trial | August 26, 2019, 9:00 a.m. | October 28, 2019, 9:00 a.m. |

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Troy L. Nunley
United States District Judge

WALTERS LAW GROUP
1901 FIRST AVENUE, SECOND FLOOR
SAN DIEGO, CA 92101