**KRONENBERGER ROSENFELD, LLP**

Karl S. Kronenberger (CA Bar No. 226112)
Tomasz Barczyk (CA Bar No. 312620)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
tomasz@KRInternetLaw.com

Attorneys for Defendant and Counterclaimant
Cartagz, Inc. *aka* Cartagz.com

**WALTERS LAW GROUP**

Christopher L. Walters, Esq. (CA Bar No. 205510)
1901 First Avenue, Second Floor
San Diego, CA 92101
Telephone: (619) 888-5759
clw@walters-law-group.com

Attorneys for Plaintiff and Counter-Defendant
Online Guru Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONLINE GURU INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CARTAGZ, INC. aka CARTAGZ.COM**; and **DOES 1–10,** inclusive,<br><br>Defendants.<br>───────────────<br>**CARTAGZ, INC. aka CARTAGZ.COM**,<br><br>Counterclaimant,<br><br>v.<br><br>**ONLINE GURU INC.**,<br><br>Counter-Defendant. | Case No. 2:17-cv-01121-TLN-GGH<br><br>**STIPULATION AND ORDER TO EXTEND REMAINING DEADLINE SET FORTH IN COURT'S FEBRUARY 28, 2019 ORDER** |



Pursuant to the Court's February 28, 2019 Scheduling Order, and based on a showing of good cause, Plaintiff and Counter-Defendant Online Guru, Inc. ("Online Guru") and Defendant and Counterclaimant Cartagz, Inc. *aka* Cartagz.com ("Cartagz") hereby stipulate to extend the dates set forth in that Order.

WHEREAS, the current deadline to have dispositive motions heard is May 2, 2019;

WHEREAS, Plaintiff's counsel has a trial scheduled in another matter to commence on April 22, 2019 and is unsure if that trial will be completed by May 2, 2019;

WHEREAS, the Parties have engaged in settlement discussions and agreed to engage the services of a neutral to conduct a mediation, which the Parties are hoping to have completed during the week of May 13, 2019 or May 20, 2019;

WHEREAS, the Parties believe it would be efficient and prudent for the Parties to focus their efforts on mediation and the settlement discussions rather than preparing briefing on a Motion for Summary Judgment;

**WHEREFORE**, the Parties hereby jointly stipulate and respectfully move this Court to enter an Order extending the remaining deadlines as follows:

1. The remaining deadlines set forth in the Court's Pretrial Scheduling Order be continued by approximately seventy-five days, as follows:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day to hear dispositive motions | May 2, 2019 | July 18, 2019 |
| Joint Final Pretrial Conference Statement | August 15, 2019 | October 23, 2019 |
| Final Pretrial Conference | August 22, 2019, 2:00 p.m. | October 30, 2019 |
| Trial | October 28, 2019 at 9:00 a.m. for 5–7 days | December 2, 2019 |

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

Respectfully Submitted,

Dated: March __, 2019　　　　　　　　　**KRONENBERGER ROSENFELD, LLP**


By: _____/s/_____

　　　　　Karl S. Kronenberger

Attorneys for Defendant and
Counterclaimant Cartagz, Inc.
*aka* Cartagz.com

Dated: March __, 2019　　　　　　　　　**WALTERS LAW GROUP**


By: _____/s/_____

　　　　　Christopher L. Walters

Attorneys for Plaintiff and Counter-
Defendant Online Guru, Inc.

　　　　Pursuant to stipulation of the parties and based upon a showing of good cause, **IT IS HEREBY ORDERED** that:

　　　　All remaining deadlines set forth in the Court's Pretrial Scheduling Order be continued as follows:

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Last day to hear dispositive motions | May 2, 2019 | **July 25, 2019** |
| Joint Final Pretrial Conference Statement | August 15, 2019 | **October 24, 2019** |
| Final Pretrial Conference | August 22, 2019, 2:00 p.m. | **October 31, 2019, at 2:00 p.m.** |
| Trial | October 28, 2019 at 9:00 a.m. for 5–7 days | **January 13, 2020, at 9:00 a.m.** |

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
Troy L. Nunley
United States District Judge

3

**JOINT PROPOSED STIPULATION AND ORDER**